UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEVIN GIBSON, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | No. 4:21-CV-00451-MTS |
| ) | |
| CITY OF NORMANDY, ) | |
| ) | |
| Defendant(s). ) | |

### ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office

#### Option 1

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* ***If the parties require more time to complete mediation, lead counsel must file a motion with the Court.***

#### Option 2

☒ An ADR conference was held on: __9-8-22__.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:
_____.

The ADR referral was concluded on __9-8-22__.
The parties [☒ did  ☐ did not] achieve a settlement. ***Check one***

#### Option 3

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: __9-9-22__   Neutral: *Jerome A. Diekemper*
                                DIEKEMPER, JEROME A.
                                Signature